YUMA COUNTY CONSTABLE OFFICE
STATE OF ARIZONA
**CERTIFICATE OF SERVICE**

Service Fee $ 16.00
Mileage Fee $ 32.00
Skip Tracing Fee $ 0
Mileage Refund $ 0
Skip Tracing Refund $ 0
Total $ 48.00
Receipt # 5494
Form ID # 5525

Plaintiff:                     Steven Streeter
Court Case Number:   2:11-CV-01616-PGR
Defendant (s):           Carlos Dominguez

Person to be Served:      **Carlos Dominguez, 4035 S. Avenue A**

I, **John J. Nozar**, hereby certify that I received the attached **Civil Summons and Complaint** on the 22nd day of **August**, 2011 at **11:52 A. M.**

---

**MANNER OF SERVICE**

[X] **PERSONAL SERVICE,** by personally delivering true copies of these documents upon the person/s, firm or corporation named above, at the usual place of abode/employment listed above or at other location _____ on 8-23-11 at 9:20.

{ } **PERSONAL SERVICE,** by personally delivering true copies of these documents upon the person/s, firm or corporation named above, in person, two copies, one copy for herself/himself and one copy for her/him, at their usual place of abode/employment listed above or other location _____-on _____ at _____.

{ } **PERSONAL SERVICE,** by personally delivering true copies of these documents upon the person/s, firm or corporation named above who refused to accept service after being informed of the nature of the service, in person, one copy, at her/his feet at the usual place of abode/employment listed above or at other location, _____ _____ at _____ on _____.

{ } **SUBSTITUTED SERVICE,** by personally delivering true copies of these documents upon the person/s, firm or corporation named above at his/her usual place of abode/employment listed above or at other location _____ _____ on _____ at _____. By personal delivery of one copy to _____ a person of suitable age and discretion residing or employed at the address listed above. Relationship of person accepting service _____.

{ } **WITNESS FEE, $16.00** Witness Fee tendered.      _____
                                                                                              (Signature of person receiving fee)

{ } **WITNESS FEE, $16.00** Witness Fee returned.      _____
                                                                                              (Signature of person receiving fee)

{ } **UNABLE TO SERVE**        (SEE COMMENTS)

NUMBER OF ATTEMPTS  1 [X]  2 [X]  3 { }  4 { }  5 { }  6 { }  7 { }  8 { }

Received by: X _____      Miles Traveled: 10
                          (Signature)

∷  On _____ at _____ : No one home, yellow/business card left on door. _____

∷  On _____ at _____ : No one home, yellow/business card left on door. _____

∷  On _____ at _____ : No one home, yellow/business card left on door. _____

Served By: C-2          _____          Background _____
              **Badge #**          **Signature of Constable/Deputy Constable**          **Initial**